## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

**STEVEN BURDA,**

          **Plaintiff,**

    **-v-**

**EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,**

    **Defendants.**

**Civil Case Number: 2:24-cv-03076-JHS**

## NOTICE OF SETTLEMENT

The undersigned counsel for Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against **all Defendants** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the Plaintiff shall file a Stipulation of Dismissal with prejudice. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to fully execute the settlement.

In light of the aforementioned settlement, the undersigned respectfully requests that the Settlement Conference scheduled for April 8, 2025, be canceled.

Dated:      April 7, 2025

/s/ Ari H. Marcus
Ari H. Marcus, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732)-695-3282
Email: ari@marcuszelman.com
*Attorney for Plaintiff*
*Steven Burda*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed

electronically on the **7th day of April 2025**.  Notice of this filing will be sent to all

appearing parties by operation of the Court's electronic filing system.

Dated:  April 7, 2025

<u>/s/ Ari H. Marcus</u>
Ari H. Marcus, Esq.
